# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **KIRK ALLEN HENDRIXSON,** *Individually and on behalf of others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) NO. 3:22-cv-00375 ) |
| v. | ) **JUDGE CAMPBELL** ) **MAGISTRATE JUDGE FRENSLEY** |
| **SOLAREN RISK MANAGEMENT, LLC,** | ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is the parties' Joint Motion for *In Camera* Review of Settlement Agreement and to Approve Settlement. (Doc. No. 19). As grounds, the parties submit that, pursuant to their settlement agreement, they have agreed that the settlement agreement and the terms contained therein would remain confidential. (*Id*. ¶ 7). The motion is **DENIED**.

While the parties submit that "the typical practice in individual lawsuits [is] that settlement agreements are not filed with the Court," (*see id*. ¶ 9), "district courts in our Circuit regularly find that the FLSA context counsels in favor of courts approving settlements." *Athan v. United States Steel Corp.*, 523 F. Supp. 3d 960, 964-65 (E.D. Mich. 2021). Additionally, the parties' agreement to preserve as confidential their settlement agreement and its terms "both contravenes the legislative purpose of the FLSA and undermines the Department of Labor's regulatory effort to notify employees of their FLSA rights." *Steele v. Staffmark Invs., LLC*, 172 F. Supp. 3d 1024, 1031 (W.D. Tenn. 2016) (quoting *Dees v. Hydradry, Inc.*, 706 F.Supp.2d 1227, 1242 (M.D. Fla. 2010)); *see, e.g.*, *Chime v. Fam. Life Counseling & Psychiatric Servs.*, No. 1:19CV2513, 2020 WL 6746511, at *6 (N.D. Ohio Nov. 17, 2020) ("As this [confidentiality] provision contravenes the

public policy purposes of the FLSA, the Court declines to enforce the parties' FLSA Settlement Agreement to the extent it contains such a provision.").

The Court has already ordered the parties to file a copy of their settlement agreement on or before March 9, 2023. (*See* Doc. No. 17). By the same date, the parties shall file briefing not to exceed five pages that explains why their agreement to preserve as confidential the settlement agreement and the terms contained therein is enforceable.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE