# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **KIRK ALLEN HENDRIXSON,** *Individually and on behalf of others similarly situated*, | |
| Plaintiff, | NO. 3:22-cv-00375 |
| v. | JUDGE CAMPBELL |
| **SOLAREN RISK MANAGEMENT, LLC,** | MAGISTRATE JUDGE FRENSLEY |
| Defendant. | |

## ORDER

Pending before the Court are the parties' Joint Stipulation of Dismissal (Doc. No. 15) and Joint Notice of Filing Settlement Agreement and Motion for Approval by the Court (Doc. No. 21). Through the Notice, the parties state that they have agreed and stipulated to striking paragraph 17 from the Settlement Agreement, thereby removing the confidentiality provision. (*Id*. ¶ 12). The Court has reviewed the parties' Settlement Agreement (Doc. No. 21-1), and it appears to be a fair and reasonable settlement of the wage claims presented. Accordingly, the Joint Motion for Approval by the Court (Doc. No. 21) is **GRANTED** and, pursuant to the stipulation of the parties (Doc. No. 15), this case is **DISMISSED** with prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE